UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIGILOS, LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>SLING MEDIA, INC., et al.,<br><br>    Defendants. | Case No: C 11-4117 SBA<br><br>**ORDER** |

Good cause appearing,

IT IS HEREBY ORDERED THAT the parties' stipulation to permit Plaintiff to file a Second Amended Complaint is APPROVED. Plaintiff shall file its Second Amended Complaint within two days of the date this Order is filed.

IT IS SO ORDERED.

Dated: 11-8-11

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge