1
2
3
4
5
6

RUSS, AUGUST & KABAT
Marc A. Fenster, CA SB # 181067
Email: mfenster@raklaw.com
Bruce D. Kuyper, CA SB # 144969
Email: bkuyper@raklaw.com
Benjamin T. Wang, CA SB # 228712
Email: bwang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone: (310) 826-7474
Facsimile:   (310) 826-6991

7
8
9
10

SPANGLER LAW P.C.
Andrew W. Spangler, TX SB # 24041960
Email: spangler@spanglerlawpc.com
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone: (903) 753-9300
Facsimile: (903) 553-0403

11
12

**Attorneys for Plaintiff**
**VIGILOS, LLC**

13
14
15

**IN THE UNITED STATE DISTRICT COURT**

16

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17

18     VIGILOS, LLC

19                     Plaintiff,

20     vs.

21     SLING MEDIA, INC., ET AL.

22                     Defendant.

23
24
25
26
27
28

Case No. 4:11-cv-04117-SBA

[Assigned to The Honorable Saundra Brown Armstrong]

**ORDER GRANTING STIPULATION OF DISMISSAL AS TO DEFENDANT MONSOON MULTIMEDIA, INC.**

DEMAND FOR JURYTRIAL

Original Complaint Filed:
February 23, 2011

First Amended Complaint Filed:
May 5, 2011

RUSS, AUGUST & KABAT

2995-013a 111206 PO Stip Dismissal

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL AS TO DEFENDANT MONSOON MULTIMEDIA, INC.**

1         Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Defendant Monsoon

2 Multimedia, Inc. ("Monsoon") is dismissed, without prejudice, of all claims Plaintiff, Vigilos,

3 LLC ("Vigilos") has asserted against Monsoon, and of all counterclaims Monsoon has asserted

4 against Vigilos, with each party to bear its own costs and fees.  Monsoon shall not file a

5 declaratory judgment action against Vigilos with respect to any of the patents-in-suit based on

6 any actions by Vigilos that have taken place before the date of the filing of this Stipulation.

7

8

9

SO ORDERED:

10

11 Dated: _12/14/11                      _____

12                            HON. SAUNDRA BROWN ARMSTRONG

13                             UNITED STATES DISTRICT COURT JUDGE

RUSS, AUGUST & KABAT

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL AS TO
DEFENDANT MONSOON MULTIMEDIA, INC.**