RUSS, AUGUST & KABAT
Marc A. Fenster, Calif. State Bar No. 181,067
E-mail: mfenster@raklaw.com
Bruce D. Kuyper, Calif. State Bar No. 144,969
E-mail: bkuyper@raklaw.com
Benjamin T. Wang, Calif. State Bar No. 228,712
E-mail: bwang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff,
Vigilos, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| Vigilos, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Sling Media, Inc., et al.<br><br>　　　　　　　Defendants. | Case No. 4:11-cv-04117-SBA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER SELECTING ADR PROCESS** |

　　　The parties stipulate to participate in the following ADR process: ENE.

Dated: February 14, 2012　　　　　　　　s/Bruce D. Kuyper _____
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　Vigilos, LLC

Dated: February 14, 2012　　　　　　　　s/Scott C. Moore _____
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants,
　　　　　　　　　　　　　　　　　　　　Sling Media, Inc.,
　　　　　　　　　　　　　　　　　　　　EchoStar Technologies, L.L.C.,
　　　　　　　　　　　　　　　　　　　　EchoStar Corporation, and
　　　　　　　　　　　　　　　　　　　　DISH Network L.L.C.

**ATTESTATION OF CONCURRENCE IN ELECTRONIC FILING**

In accordance with General Order 45, section X(B), I attest that I have obtained concurrence from Scott C. Moore in the filing of this stipulation.

Dated: February 14, 2012      s/Bruce D. Kuyper

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/21/12      *Sandra B. Armstrong*
United States District Judge

**CERTIFICATE OF SERVICE**

I certify that, on February 14, 2012, the foregoing document was filed electronically using the CM/ECF system.  In accordance with General Order 45, Section IX(B), the automatic e-mail message generated by the ECF system and sent to all parties whose e-mail addresses have been registered in the case constitutes service on the attorney or other persons in this case.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 14, 2012.

s/Bruce D. Kuyper