RUSS, AUGUST & KABAT
Marc A. Fenster, Calif. State Bar No. 181,067
E-mail: mfenster@raklaw.com
Bruce D. Kuyper, Calif. State Bar No. 144,969
E-mail: bkuyper@raklaw.com
Benjamin T. Wang, Calif. State Bar No. 228,712
E-mail: bwang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff,
Vigilos, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| Vigilos, LLC<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Sling Media, Inc., et al.,<br><br>　　　　　　　Defendants. | Case No. 4:11-cv-04117-SBA<br><br>**STIPULATION FOR EXTENSION OF THE DEADLINE FOR CONDUCTING AN ENE SESSION (ADR L.R. 5-5)** |

All of the parties to this action stipulate to and respectfully request an order extending the deadline for conducting an ENE session from the current deadline of May 21, 2012 to June 13, 2012. The ENE evaluator, Nathan Lane III, Esq., has also agreed to this request.

The parties seek this extension in order to accommodate the evaluator's schedule and the schedules of the parties and their counsel. The evaluator is scheduled to be out of the country at the time of the deadline, specifically May 10-28, 2012. The session cannot be held before then because the deadline for defendants to serve their invalidity contentions is not until May 3, 2012

(Dkt. No. 90). June 13, 2012 is accordingly the earliest date that the ENE session could be held that accommodates the evaluator's, the parties' and the parties' counsel's current schedules.

Dated: April 13, 2012

Respectfully submitted,

RUSS, AUGUST & KABAT
Marc A. Fenster
Benjamin T. Wang
Bruce D. Kuyper


By: s/Bruce D. Kuyper
Attorneys for Plaintiff,
Vigilos, LLC


MORRISON & FOERSTER LLP
Rachel Krevans (CA SBN 116421)
RKrevans@mofo.com
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522


By: s/Rachel Krevans
Attorneys for Defendants,
Sling Media, Inc.,
EchoStar Technologies, L.L.C.,
EchoStar Corporation, and
DISH Network L.L.C.


**ATTESTATION OF CONCURRENCE IN ELECTRONIC FILING**

In accordance with General Order 45, section X(B), I attest that I have obtained concurrence from Rachel Krevans in the filing of this stipulation.

Dated: April 13, 2012              s/Bruce D. Kuyper


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/17/12                  *Sandra B. Armstrong*
                                United States District Judge

# CERTIFICATE OF SERVICE

I certify that, on April 13, 2012, the foregoing document was filed electronically using the CM/ECF system. In accordance with General Order 45, Section IX(B), the automatic e-mail message generated by the ECF system and sent to all parties whose e-mail addresses have been registered in the case constitutes service on the attorney or other persons in this case.

I also certify that, on April 13, 2012, the ENE evaluator, Nathan Lane, III, Esq. was served with a copy of the foregoing document at his and his secretary's e-mail addresses, Nathan.Lane@squiresanders.com and Sarah.David@squiresanders.com, respectively.

I further certify that, on April 13, 2012, the ADR Case Administrator, Alice M. Fiel, was served with a copy of the foregoing document at her e-mail address Alice_Fiel@cand.uscourts.gov.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 13, 2012.

                                      s/Bruce D. Kuyper

RUSS, AUGUST & KABAT