RUSS, AUGUST & KABAT
Marc A. Fenster, Calif. State Bar No. 181,067
E-mail: mfenster@raklaw.com
Bruce D. Kuyper, Calif. State Bar No. 144,969
E-mail: bkuyper@raklaw.com
Benjamin T. Wang, Calif. State Bar No. 228,712
E-mail: bwang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff,
Vigilos, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Vigilos, LLC<br><br>             Plaintiff,<br><br>v.<br><br>Sling Media, Inc., et al.,<br><br>             Defendants. | Case No. 4:11-cv-04117-SBA<br><br>**STIPULATION FOR EXTENSION OF PATENT L.R. 4-2 DEADLINE** |

All of the parties to this action stipulate to and respectfully request an order extending the deadline for the Preliminary Claim Construction and Extrinsic Evidence exchange (Patent L.R. 4-2) by 1 week and 2 court days, from June 14, 2012 (set by Docket No. 90), to Monday, June 25, 2012. The extension is sought to permit the parties to continue discussions regarding reducing the number of claim construction disputes.

Dated: June 22, 2012

Respectfully submitted,

RUSS, AUGUST & KABAT
Marc A. Fenster
Benjamin T. Wang
Bruce D. Kuyper

By: s/Bruce D. Kuyper
Attorneys for Plaintiff,
Vigilos, LLC

STIP. FOR EXTENSION OF PATENT L.R. 4-2 DEADLINE – 4:11-cv-04117-SBA     1

<div style="margin-left:auto">

MORRISON & FOERSTER LLP
Scott C. Moore (CA SBN 203181)
SMoore@mofo.com
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013
Telephone: 213.892.5200
Facsimile: 213.892.5454

By:  s/Scott C. Moore
Attorneys for Defendants,
Sling Media, Inc.,
EchoStar Technologies, L.L.C.,
EchoStar Corporation, and
DISH Network L.L.C.

</div>

### **ATTESTATION OF CONCURRENCE IN ELECTRONIC FILING**

In accordance with General Order 45, section X(B), I attest that I have obtained concurrence from Scott C. Moore in the filing of this stipulation.

Dated: June 22, 2012                         s/Bruce D. Kuyper

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   6/26/12                             *Sandra B. Armstrong*
                                             United States District Judge

**CERTIFICATE OF SERVICE**

I certify that, on June 22, 2012, the foregoing document was filed electronically using the CM/ECF system. In accordance with General Order 45, Section IX(B), the automatic e-mail message generated by the ECF system and sent to all parties whose e-mail addresses have been registered in the case constitutes service on the attorney or other persons in this case.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 22, 2012.

s/Bruce D. Kuyper