RUSS, AUGUST & KABAT
Marc A. Fenster, Calif. State Bar No. 181,067
E-mail: mfenster@raklaw.com
Bruce D. Kuyper, Calif. State Bar No. 144,969
E-mail: bkuyper@raklaw.com
Benjamin T. Wang, Calif. State Bar No. 228,712
E-mail: bwang@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone:  (310) 826-7474
Facsimile:   (310) 826-6991

Attorneys for Plaintiff,
Vigilos, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Vigilos, LLC<br><br>            Plaintiff,<br><br>v.<br><br>Sling Media, Inc.<br><br>            Defendant. | Case No. 4:11-cv-04117-SBA (EDL)<br><br>[PROPOSED] ORDER TAKING OFF-CALENDAR THE HEARING ON VIGILOS' MOTION TO COMPEL DEFENDANTS TO (1) COMPLY WITH PATENT L.R. 3-4(a) AND (2) PRODUCE DOCUMENTS IN RESPONSE TO REQUESTS FOR PRODUCTION [CIVIL L.R. 7-7(e)]<br><br>Date: July 31, 2012<br>Time: 9:00 p.m. |

In accordance with Civil L.R. 7-7(e), the hearing on Plaintiff Vigilos, LLC's Motion to Compel (doc. 104), which had been set for July 31, 2012, at 9:00 a.m. (doc. 106), is taken off-calendar.

IT IS SO ORDERED.

Dated: July 11, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

[PROPOSED] ORDER TAKING OFF-CALENDAR THE HEARING ON VIGILOS'
MOTION TO COMPEL – Case No. 4:11-cv-04117-SBA (EDL)                1