RUSS, AUGUST & KABAT
Marc A. Fenster, CA State Bar No. 181067
E-mail: mfenster@raklaw.com
Benjamin T. Wang, CA State Bar No. 228712
E-mail: bwang@raklaw.com
Stanley H. Thompson, Jr., CA State Bar No. 198825
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff,
Vigilos, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| Vigilos, LLC<br><br>              Plaintiff,<br><br>v.<br><br>Sling Media, Inc., et al.,<br><br>              Defendants. | Case No. 4:11-cv-04117-SBA<br><br>**STIPULATION FOR EXTENSION OF PATENT L.R. 4-5 DEADLINES AND PATENT L.R. 3-3 DEADLINE** |

All of the parties to this action stipulate to and respectfully request an order extending by one week the deadlines for the claim construction briefing under Patent L.R. 4-5 and the deadline for Defendants to serve their preliminary invalidity contentions under Patent Local Rule 3-3.

With the Court's leave, the new deadlines would be as follows:

| | |
|---|---|
| Deadline for Plaintiff to file opening claim construction brief (Patent L.R. 4-5(a)) | August 30, 2012 |
| Deadline for Defendants to serve their invalidity contentions (Patent L.R. 3-3) | September 14, 2012 |
| Deadline for Defendants to file responsive brief and supporting evidence (Patent L.R. 4-5(b)) | September 17, 2012 |
| Deadline for Plaintiff to file reply claim construction brief (Patent L.R. 4-5(c)) | September 27, 2012 |

| | |
|---|---|
| Dated: August 22, 2012 | Respectfully submitted, |
| | RUSS, AUGUST & KABAT<br>Marc A. Fenster<br>Benjamin T. Wang<br>Bruce D. Kuyper<br>Stanley H. Thompson, Jr. |
| | By: /s/ Stanley H. Thompson, Jr. _____<br>Attorneys for Plaintiff,<br>Vigilos, LLC |
| | MORRISON & FOERSTER LLP<br>Scott C. Moore (CA SBN 203181)<br>SMoore@mofo.com<br>555 West Fifth Street, Suite 3500<br>Los Angeles, CA 90013<br>Telephone: 213.892.5200<br>Facsimile: 213.892.5454 |
| | By: /s/ Scott C. Moore (with permission) ____<br>Attorneys for Defendants,<br>Sling Media, Inc.,<br>EchoStar Technologies, L.L.C.,<br>EchoStar Corporation, and<br>DISH Network L.L.C. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/14/12                                     *Sandra B. Armstrong*
                                                   United States District Judge

STIP. FOR EXTENSION OF PATENT L.R. 4-5 DEADLINES – 4:11-cv-04117-SBA    2

**CERTIFICATE OF SERVICE**

I certify that, on August 22, 2012, the foregoing document was filed electronically using the CM/ECF system. In accordance with Civil L.R. 5-1, the automatic e-mail message generated by the ECF system and sent to all parties whose e-mail addresses have been registered in the case constitutes service on the attorney or other persons in this case.

Executed on August 22, 2012.

/s/ Stanley H. Thompson, Jr.