| | |
|---|---|
| RACHEL KREVANS (CA SBN 116421) | RUSS, AUGUST & KABAT |
| RKrevans@mofo.com | |
| ESTHER KIM (CA SBN 258024) | Marc A. Fenster, CA SB # 181067 |
| EKim@mofo.com | Email: mfenster@raklaw.com |
| MORRISON & FOERSTER LLP | Benjamin T. Wang, CA SB # 228712 |
| 425 Market Street | Email: bwang@raklaw.com |
| San Francisco, CA 94105 | Stanley H. Thompson, Jr., CA SB # 198825 |
| Telephone: 415.268.7178 | Email: sthompson@raklaw.com |
| Facsimile: 415.276.7178 | |
| | 12424 Wilshire Boulevard, 12th Floor |
| SCOTT C. MOORE (CA SBN 203181) | Los Angeles, California 90025 |
| SMoore@mofo.com | Telephone: (310) 826-7474 |
| MORRISON & FOERSTER LLP | Facsimile: (310) 826-6991 |
| 555 West Fifth Street, Suite 3500 | |
| Los Angeles, CA 90013 | Attorneys for Plaintiff |
| Telephone: 213.892.5200 | VIGILOS, LLC |
| Facsimile: 213.892.5454 | |

Attorneys for Defendants
SLING MEDIA, INC.;
ECHOSTAR TECHNOLOGIES L.L.C.;
ECHOSTAR CORPORATION; and
DISH NETWORK L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIGILOS, LLC, | Case No. 11-cv-04117-SBA |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER FOR RESCHEDULING DATE FOR CLAIM CONSTRUCTION HEARING, TUTORIAL, AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| ECHOSTAR TECHNOLOGIES L.L.C., et al., | |
| Defendants. | |

1    On October 5, 2012, the Court's clerk contacted Benjamin T. Wang, counsel for Plaintiff
2    Vigilos, LLC, and Scott C. Moore, counsel for Defendants Sling Media, Inc., EchoStar
3    Technologies L.L.C., EchoStar Corporation, and DISH Network L.L.C., and indicated that the
4    Court was available to conduct the claim construction hearing on the following dates:
5    November 28, 2012, November 29, 2012, February 27, 2013, or February 28, 2013.  The Court's
6    clerk directed the parties to confer and inform the Court which of these dates was most
7    convenient for the parties.

8    The parties have now conferred and have identified Thursday, November 29, 2012, as the
9    most convenient date for the claim construction hearing.  The parties therefore stipulate to and
10   respectfully request entry of an order continuing the date of the claim construction hearing,
11   tutorial, and case management conference to Thursday, November 29, 2012.

13   Dated:  October 9, 2012                    Respectfully submitted,

14                                              MORRISON & FOERSTER LLP

16                                              By:    /s/ Scott C. Moore
                                                       SCOTT C. MOORE

17                                              RACHEL KREVANS
                                                SCOTT C. MOORE
18                                              ESTHER KIM

19                                              Attorneys for Defendants
                                                SLING MEDIA, INC.;
20                                              ECHOSTAR TECHNOLOGIES L.L.C.;
                                                ECHOSTAR CORPORATION; and
21                                              DISH NETWORK L.L.C.

JOINT STIPULATION AND [PROPOSED] ORDER FOR RESCHEDULING CLAIM CONSTRUCTION HEARING DATE
CASE NO. 11-CV-04117-SBA

|   |   |
|---|---|
| 1 | |
| 2 | RUSS, AUGUST & KABAT |
| 3 | By: /s/ Benjamin T. Wang |
| 4 | (with permission) |
| | BENJAMIN T. WANG |
| 5 | MARC A. FENSTER |
| | BENJAMIN T. WANG |
| 6 | STANLEY H. THOMPSON, JR. |
| 7 | Attorneys for Plaintiff |
| | VIGILOS, LLC |

## ATTESTATION OF E-FILED SIGNATURE

I, Esther Kim, am the ECF User whose ID and password are being used to file this motion. In compliance with General Order 45, X.B., I hereby attest that Scott C. Moore and Benjamin T. Wang have concurred in the filing of this stipulation.

Dated: October 9, 2012             By:   /s/ Esther Kim
                                         ESTHER KIM

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ~~November~~ OCTOBER 12, 2012     By:   *Saundra B. Armstrong*
                                               HONORABLE SAUNDRA BROWN ARMSTRONG
                                               United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER FOR RESCHEDULING CLAIM CONSTRUCTION HEARING DATE
CASE NO. 11-CV-04117-SBA