| | |
|---|---|
| 1 | RACHEL KREVANS (CA SBN 116421) |
|   | RKrevans@mofo.com |
| 2 | SCOTT C. MOORE (CA SBN 203181) |
|   | SMoore@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, CA 94105 |
|   | Telephone: 415.268.7178 |
| 5 | Facsimile: 415.276.7178 |

Attorneys for Defendants
SLING MEDIA, INC.;
ECHOSTAR TECHNOLOGIES L.L.C.;
ECHOSTAR CORPORATION; and
DISH NETWORK L.L.C.

RUSS, AUGUST & KABAT
Marc A. Fenster, CA SB # 181067
Email: mfenster@raklaw.com
Benjamin T. Wang, CA SB # 228712
Email: bwang@raklaw.com
Stanley H. Thompson, Jr., CA SB # 198825
Email: sthompson@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
VIGILOS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIGILOS, LLC, | Case No. 11-cv-04117-SBA |
| Plaintiff, | **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| ECHOSTAR TECHNOLOGIES L.L.C., et al., | |
| Defendants. | |

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE
CASE NO. 11-cv-04117-SBA

la-1198104

The plaintiff Vigilos, LLC, and defendants Sling Media, Inc., Echostar Technologies L.L.C., EchoStar Corporation and DISH Network L.L.C., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and dated December 21, 2012, with each party to bear its own costs, expenses and attorneys' fees.

Dated:  January 22, 2013              Respectfully Submitted,

                                      MORRISON & FOERSTER LLP

                                      By:   */s/ Scott C. Moore*
                                            SCOTT C. MOORE

                                      Attorneys for Defendants SLING MEDIA, INC.;
                                      ECHOSTAR TECHNOLOGIES L.L.C.;
                                      ECHOSTAR CORPORATION; and DISH
                                      NETWORK L.L.C.


                                      RUSS, AUGUST & KABAT

                                      By:   /s/ Benjamin T. Wang (with permission)
                                            Attorneys for Plaintiff,
                                            VIGILOS, LLC

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE
CASE NO. 11-CV-04117-SBA

1

la-1198104

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff Vigilos, LLC, and defendants Sling Media, Inc., Echostar Technologies L.L.C., EchoStar Corporation and DISH Network L.L.C., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff Vigilos, LLC, and defendants Sling Media, Inc., Echostar Technologies L.L.C., EchoStar Corporation and DISH Network L.L.C., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and dated December 21, 2012.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: _1/23/13_____    _____
                                        United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on January 22, 2013 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5-6(a). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated:  January 22, 2013                    By:   */s/ Scott C. Moore*
                                                                                              Scott C. Moore

## ATTESTATION OF E-FILED SIGNATURE

I, Scott C. Moore, am the ECF User whose ID and password are being used to file this motion.  In compliance with General Order 45, X.B., I hereby attest that Benjamin T. Wang has concurred in this filing.

Dated:  January 22, 2013                    By:   */s/ Scott C. Moore*
                                                                                             Scott C. Moore